UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALBERT RANDOLPH, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 4:09-CV-1416 CAS |

## **ORDER**

This matter is before the Court on Albert Randolph's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Upon review, the Court notes that movant did not sign his motion. Pursuant to Rule 2(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts and this Court's Local Rule 2.01(A), the movant must sign his motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall return to movant his § 2255 motion to vacate, set aside, or correct sentence [Doc. 1], along with a copy of this order, for the purpose of obtaining an original signature. The Clerk shall retain a copy of the said motion in the Court's file until movant submits the motion with an original signature.

**IT IS FURTHER ORDERED** that movant shall file with this Court, within thirty (30) days of the date of this Order, a signed § 2255 motion to vacate, set aside, or correct sentence. If movant fails to submit an original signed motion within the time allowed, this action will be dismissed without prejudice.

**IT IS FURTHER ORDERED** that upon submission of a motion bearing movant's original signature, this action shall be submitted to the undersigned for a determination as to whether a show

cause order to respondent should be issued. See 28 U.S.C. § 2255; Rule 4(b) of the Rules Governing Section 2255 Cases in the United States District Court.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this  15th   day of September, 2009.